UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MAKHMUD BADALOV, | : Case No. 1:26-cv-162 |
| Petitioner, | : |
| vs. | : District Judge Susan J. Dlott |
| | : Magistrate Judge Elizabeth P. Deavers |
| SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | : |
| Respondents. | : |

### ORDER

Petitioner, Makhmud Badalov, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Makhmud Badalov from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at

---

[1] The Court's directive applies with equal force to any individual, group, or entity

kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

February 17, 2026

SUSAN J. DLOTT
United States District Judge

working in concert with or on behalf of Respondents.