# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| MAKHMUD BADALOV, | : | Case No. 1:26-cv-162 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| SECRETARY, U.S. DEPARTMENT OF | : | |
| HOMELAND SECURITY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Makhmud Badalov, a detainee at the Butler County Correctional Center, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than February 27, 2025.

**IT IS SO ORDERED.**


February 20, 2026

*s/ Elizabeth A. Preston Deavers*
ELIZABETH A. PRESTON DEAVERS
United States Magistrate Judge