**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MAKHMUD BADALOV, | : | Case No. 1:26-cv-162 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | District Judge Susan J. Dlott |
| vs. | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| SECRETARY, U.S. DEPARTMENT OF | : | |
| HOMELAND SECURITY, *et al.*, | : | |
| | : | |
| Respondents. | : | |

---

**ORDER SETTING SCHEDULE**

---

The Court previously ordered the parties to confer and propose a case schedule.  (Doc. 7).

Based on that joint proposal (Doc. 8), the Court now **SETS** the following schedule:

•Respondent's Return of Writ Due: March 13, 2026

•Petitioner's Reply to Return Due: March 20, 2026

Additionally, any response to Respondent Butler County Sheriff's Motion to Dismiss

(Doc. 4) is also due by March 20, 2026.

**IT IS SO ORDERED.**


February 25, 2026                                 *s/ Elizabeth A. Preston Deavers*
                                                          ELIZABETH A. PRESTON DEAVERS
                                                          United States Magistrate Judge